UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CANDACE GERTCHER,

       Plaintiff,                                 Case No. 2:20–cv–240

     v.                                          Hon. Hala Y. Jarbou

JASON THERRIAN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Jury Trial |
| Date/Time: | August 2, 2022   09:00 AM *(previously set for 8/1/22)* |
| Chief Judge: | Robert J. Jonker |
| Place/Location: | 235 Federal Building, Marquette, MI |

                                              ROBERT J. JONKER
                                              Chief United States District Judge

Dated:  July 11, 2022        By:    /s/ Susan Driscoll Bourque
                                                     Case Manager