UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re: THE REASSIGNMENT OF
CASE NO.  2:20-cv-240
_____/   ADMINISTRATIVE ORDER

No. 22-CA-060

**WHEREAS**, Case No. 2:20-cv-240, *Gertcher v. Therrian*, currently assigned to the undersigned, is scheduled for trial before the Honorable Robert J. Jonker on August 2, 2022;

**WHEREAS**, both Article III Judges having consented, Case No. 2:20-cv-240 is reassigned to Judge Jonker.

**IT IS FURTHER ORDERED** that a copy of the Administrative Order shall be filed in this case.

Dated: July 27, 2022

_____
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE